UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:08-CV-164

Eastern District of Kentucky
**FILED**

JUL 27 2010

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

SHERRY FRONTO, Executrix
of the Estate of FRANKIE BRANHAM,
Deceased

PLAINTIFF

v. **AGREED ORDER OF DISMISSAL**

PIKE COUNTY, KENTUCKY, et al.

DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Upon agreement of the parties to dismiss this action, and the Court being informed that all parties have reached a settlement with respect to all claims made or all claims that could have been made herein; and the Court now being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the Complaint is hereby dismissed, with prejudice as settled, with each party paying their own court costs.



Signed By:
Amul R. Thapar *AT*
United States District Judge

7/27/10

Have seen and agreed:

/s/ Gregory A. Belzley (with permission)
Gregory A. Belzley
*Counsel for Plaintiff*


/s/ Michael T. Hogan (with permission)
Michael T. Hogan
*Counsel for Plaintiff*


/s/ Stacey A. Blankenship
Stacey A. Blankenship
*Counsel for Defendants*